Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00397-SCJ-1

Case title: USA v. Mullins

Other court case number: 3:05-cr-00332 USDC, Eastern District of VA (Richmond)

Date Filed: 09/30/2013

Date Terminated: 09/30/2013

---

Assigned to: Judge Steve C. Jones

### Defendant (1)

**Sylvester Fred Mullins**
*TERMINATED: 09/30/2013*
also known as
"V"
*TERMINATED: 09/30/2013*

represented by **Sylvester Fred Mullins**
GDC 1006836
Wilcox State Prison
P.O. Box 397
Abbeville, GA 31001-0397
PRO SE

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1951 - INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1) | CBOP for 71 months on each of Counts 1 and 2, to be served concurrently. Supervised Release for 3 years on each of Counts 1 and 2, to run concurrently. $100 Special Assessment on each count. Restitution in the amount of $37,122.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Query    Reports    Utilities    Help    What's New    Log Out

------

**USA**                  represented by    **Yonette Sam-Buchanan**
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6095
Fax: 404-581-6181
Email: Yonette.Buchanan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2013 | 1 | TRANSFER OF JURISDICTION for Supervision of Releasee Sylvester Fred Mullins. Received copies of indictment, judgment and docket sheet from USDC, Eastern District of Virginia (Richmond). Case number in other district: 3:08-cr-00332 (Attachments: # 1 Probation Letter, # 2 Indictment, # 3 Judgment and Commitment, # 4 Docket Sheet, # 5 Letter) (ryc) (Entered: 10/02/2013) |
| 01/08/2014 | 2 | Petition and Order to Modify Conditions of Supervised Release with Consent of the Offender as to Sylvester Fred Mullins signed by Judge Steve C Jones on 1/3/14. (aaq) (Entered: 01/09/2014) |
| 10/08/2014 | | Document 3 is sealed. (aaq) (Entered: 10/09/2014) |
| 01/12/2017 | | Document 4 is sealed. (dfb) (Entered: 01/12/2017) |
| 07/24/2018 | 5 | MOTION/Request to Rescind the Probation by Sylvester Fred Mullins. (Attachments: # 1 Attachments) (rjs) (Entered: 07/24/2018) |
| 09/13/2018 | | Submission of 5 MOTION/Request to Rescind the Probation as to Sylvester Fred Mullins, to District Judge Steve C. Jones. (jkl) (Entered: 09/13/2018) |
| 04/23/2019 | 6 | ORDER as to Sylvester Fred Mullins re 5 MOTION for early termination of supervised release. The United States is ORDERED to file its response to Defendant's motion, after consultation with the Supervising United States Probation Officer, within fourteen (14) days of the entry of this Order. The Clerk is directed to submit this matter to the undersigned at that time. Signed by Judge Steve C. Jones on 4/23/2019. (rjs) (Entered: 04/24/2019) |
| 04/24/2019 | | Attorney update in case as to Sylvester Fred Mullins. Attorney Yonette Sam-Buchanan for USA added. (rjs) (Entered: 04/24/2019) |
| 04/24/2019 | | Clerk's Certificate of Mailing as to Sylvester Fred Mullins re 6 Order. (rjs) (Entered: 04/24/2019) |
| 06/12/2019 | | Submission of 6 Order as to Sylvester Fred Mullins, to District Judge Steve C. Jones. (jkl) (Entered: 06/12/2019) |

Query     Reports     Utilities     Help     What's New     Log Out

| 03/23/2020 | 8 | ORDER: Defendant's 5 motion is DENIED as the Defendant was not sentenced to probation. He was sentenced to supervised release, which the Court declines to alter after consideration of the record and applicable law (inclusive of the 18 U.S.C. § 3553(a) factors). Signed by Judge Steve C. Jones on 3/23/2020. (rjs) (Entered: 03/23/2020) |
| --- | --- | --- |
| 03/23/2020 | | Clerk's Certificate of Mailing as to Sylvester Fred Mullins re 8 Order. (rjs) (Entered: 03/23/2020) |
| 03/23/2020 | | Document 9 is sealed. (ddm) (Entered: 03/23/2020) |